990

**A. U. BURK v. UNITED STATES of America.**

No. 63.

Circuit Court of Appeals, Tenth Circuit.

June 10, 1929.

C. H. Parrick and Welty & Lafon, all of Oklahoma City, Okl., for appellant.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS, and Mc-DERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 10, 1929, on motion.

**H. Brown CANYON et al. v. L. B. BROM-FIELD, as Receiver of the Globe National Bank of Denver.**

No. 28.

Circuit Court of Appeals, Tenth Circuit.

June 8, 1929.

Wilbur F. Denious, Hudson Moore, and G. Dexter Blount, all of Denver, Colo., for appellants.

Ralph Hartzell, of Denver, Colo., for appellee.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed June 8, 1929, per stipulation.

**CAREY COMPANY v. C. F. ROUTZAHN, Collector of Internal Revenue.**

No. 5611.

Circuit Court of Appeals, Sixth Circuit.

March 7, 1930.

E. J. Brunenkant, of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Florence C. CASLER et al., Appellants, v. R. E. ALLEN, as Trustee in Bankruptcy of LLOYD & CASLER, Inc., a Corporation, Bankrupt, Appellee.**

No. 6176.

Circuit Court of Appeals, Ninth Circuit.

June 26, 1930.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**CHAMPION COATED PAPER CO. v. BALTI-MORE & OHIO RAILROAD CO.**

No. 5269.

Circuit Court of Appeals, Sixth Circuit.

Nov. 4, 1929.

Benedict & Benedict, of Cincinnati, Ohio, for appellant.

Waite, Schindel & Bayless, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.